FILED

05/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0125

_____

BOB BROWN, DOROTHY BRADLEY,
VERNON FINLEY, MAE NAN ELLINGSON,
and the MONTANA LEAGUE OF WOMEN
VOTERS,

        Petitioner,

v.

GREG GIANFORTE, Governor of Montana,

        Respondent.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 12 2021